· 7 So.2d 503

### Rosco JONES v. CITY OF OPELIKA.

### 5 Div. 109.

Court of Appeals of Alabama.
March 9, 1942.

Rehearing Denied March 17, 1942.

Grover C. Powell, of Atlanta, Ga., and Hayden Covington, of Brooklyn, N. Y., for appellant.

Duke & Duke, of Opelika, for appellee.

See, also, Jones v. City of Opelika, ante, p. 142, 3 So.2d 74, certiorari denied 242 Ala. 549, 7 So.2d 503.

PER CURIAM.

Affirmed on authority of Jones v. City of Opelika, 241 Ala. 279, 3 So.2d 76.